UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUIS PEIRMEN DIXON,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　　　　　　　Defendant. | Case No.: 22CV258-BLM<br><br>**ORDER REQUIRING RESPONSE** |

On July 5, 2023, Plaintiff filed an *ex parte* Application for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act (28 U.S.C. § 2412(d)). ECF No. 26. Plaintiff states that he "provided the Commissioner the EAJA application with supporting documents 5/12/2023, 6/23/2023 and again 7/3/2023. Commissioner did not respond. As such, the Commissioner agrees this is a fair evaluation of the time spent in this case by omission." Id. at 2.

Defendant is **ORDERED** to file an opposition to Plaintiff's motion or a Notice of Non-Opposition by **July 20, 2023**.

**IT IS SO ORDERED**.

Dated: 7/6/2023

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Barbara L. Major
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge