UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| MARQUIS PEIRMEN DIXON, | Case No.: 22CV258-BLM |
|---|---|
| Plaintiff, | **JUDGMENT OF REMAND** |
| v. | |
| KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

IT IS ORDERED AND ADJUDGED that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings pursuant to this Court's ORDER of remand.

JUDGMENT is entered for Plaintiff, and this case is closed.

**IT IS SO ORDERED**.

Dated: 10/23/2023

Hon. Barbara L. Major
United States Magistrate Judge